

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| In Re: Edith Roman and Alejandro Hernandez, | § | No. 08-17-00223-CV |
| | § | AN ORIGINAL PROCEDDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

# O R D E R

The Court has this day considered the Relators' motion for temporary relief, and concludes the motion should be GRANTED. Therefore, the County Court at Law No. 5 is directed to stay the writ of execution and enforcement of the default judgment entered in cause number 2017DCV1893, styled *Jose Luis Ramirez, Sr., Velia Rios Ramirez and Jose Luis Rios Ramirez, Jr. v. Edith Roman*, pending disposition of this original proceeding or further order of this Court.

IT IS SO ORDERED this 27th day of October, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.